# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Heide Jean Russell, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:17-2641-RMG |
| ) | |
| vs. ) | |
| ) | |
| Nancy A. Berrryhill, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on October 23, 2018, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge ("ALJ") failed to address in the RFC the finding that Plaintiff had moderate difficulties in concentration, persistence, or pace, as required by *Mascio v. Colvin*, 780 F.3d 632, 638 (4th Cir. 2015). (Dkt. No. 25 at 17-21). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 27).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision

-1-

of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
November 7, 2018